**No. 11-6873. Jason Ford, Petitioner v. Barack H. Obama, President of the United States, et al.**

565 U.S. 1084, 132 S. Ct. 825, 181 L. Ed. 2d 535, 2011 U.S. LEXIS 8791.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 436 Fed. Appx. 63.

**No. 11-6947. David J. Balliette, Petitioner v. Wisconsin.**

565 U.S. 1084, 132 S. Ct. 825, 181 L. Ed. 2d 535, 2011 U.S. LEXIS 8809.

December 5, 2011. Petition for writ of certiorari to the Supreme Court of Wisconsin denied.

Same case below, 336 Wis. 2d 358, 805 N.W.2d 334.

**No. 11-6962. Carlo Siniscalchi, Petitioner v. Duane J. MacEachern, Superintendent, Massachusetts Correctional Institution at Shirley.**

565 U.S. 1084, 132 S. Ct. 826, 181 L. Ed. 2d 535, 2011 U.S. LEXIS 8768.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 11-6984. Marvin C. Gill, Petitioner v. Jeremy Vaughan, Warden, et al.**

565 U.S. 1084, 132 S. Ct. 826, 181 L. Ed. 2d 535, 2011 U.S. LEXIS 8811.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 633 F.3d 1272.

**No. 11-7056. Douglas Beckford, Petitioner v. Massachusetts.**

565 U.S. 1084, 132 S. Ct. 826, 181 L. Ed. 2d 535, 2011 U.S. LEXIS 8766.

December 5, 2011. Petition for writ of certiorari to the Appeals Court of Massachusetts denied.

Same case below, 79 Mass. App. 1124, 948 N.E.2d 917.

**No. 11-7069. Johnny Trejo, Petitioner v. United States.**

565 U.S. 1084, 132 S. Ct. 827, 181 L. Ed. 2d 535, 2011 U.S. LEXIS 8725.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-7093. Calvin Long, Petitioner v. Connecticut.**

565 U.S. 1084, 132 S. Ct. 827, 181 L. Ed. 2d 535, 2011 U.S. LEXIS 8790.

December 5, 2011. Petition for writ of certiorari to the Supreme Court of Connecticut denied.

Same case below, 301 Conn. 216, 19 A.3d 1242.